**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

LM INSURANCE CORPORATION,

   Plaintiff,

v.                                               Case No: 5:19-cv-274-Oc-30PRL

OCCIDENTAL FIRE AND CASUALTY
COMPANY OF NORTH CAROLINA
and HARNAUTH SEWSANKAR,

   Defendants.

_____

**ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Dkt. 51). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 51) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendant Occidental Fire and Casualty Company of North Carolina's Motion to Dismiss Plaintiff's Amended Complaint (Dkt. 29) is denied.

3. Defendant Occidental Fire and Casualty Company of North Carolina shall file an Answer to Plaintiff's Amended Complaint within seven (7) days from the date of this Order.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of May, 2020.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record